FILED
2010 Sep-20 PM 02:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANNETT L. PULLOM, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:10-cv-1690-TMP |
| | ) |
| WAL-MART STORES INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 7, 2010, the magistrate judge filed his corrected report and recommendation in the above-styled cause, recommending that the defendant's motion to dismiss the action for want of prosecution be granted and that this action be dismissed without prejudice for want of prosecution. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's corrected report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the defendant's motion to dismiss for want of prosecution is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**DONE** and **ORDERED** this  20th  day of September, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE